UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE EZDRAIN ALCOCER ZARAGOZA, et al.,
                                  Plaintiffs,        24 Civ. 8644 (LGS)

               -against-                            ORDER

PAPPAS OG LLC, et al.,
                                  Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated November 18, 2024, scheduled the initial pretrial conference in this matter for February 26, 2025;

    WHEREAS, on December 11, 2024, Plaintiffs filed proof of service as to Defendant Stratis Morfogen;

    WHEREAS, on February 19, 2025, the parties timely filed their joint letter and proposed case management plan, which raised no significant issues. In the parties' joint letter, they requested a referral to the Court-annexed Mediation Program.

    WHEREAS, Defendant Morfogen has not appeared in this action. It is hereby

    **ORDERED** that the February 26, 2025, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan, scheduling order and mediation referral order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if either party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6. It is further

**ORDERED** that, by **February 28, 2025**, Plaintiffs shall file a letter stating whether they intend to move for default judgment as to Defendant Morfogen and, if so, proposing a date to present an Order to Show Cause for default judgment as to Defendant Morfogen and related papers as provided in the Court's Individual Rules.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 21, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE