```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSE EZDRAIN ALCOCER ZARAGOZA, et                            :
al.,                                                         :
                                    Plaintiffs,              :     24 Civ. 8644 (LGS)
                                                             :
              -against-                                      :          ORDER
                                                             :
PAPPAS OG LLC, et al.,                                       :
                                   Defendants.  X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan dated February 21, 2025, scheduled a premotion conference for July 22, 2025, and directed the parties to file any premotion letters by two weeks before the conference. The order states, "If no pre-motion letter is timely filed, this conference will be canceled, and the matter placed on the Court's trial-ready calendar."

WHEREAS, an Order dated February 21, 2025, referred this case to the Court-annexed Mediation Program.

WHEREAS, an Order dated March 4, 2025, directed Plaintiffs to file a letter stating whether they intend to move for default judgment as to non-appearing Defendant Morfogen and providing a report on the outcome of the mediation within one week of the completion of mediation.

WHEREAS, the Final Report of Mediator #4 dated July 7, 2025, states that the mediation has been completed and was unsuccessful.

WHEREAS, Plaintiffs have not filed their status letter.

WHEREAS, no party filed a pre-motion letter.

WHEREAS, Defendant Morfogen has not appeared in this action.

WHEREAS, this action is trial ready. It is hereby

**ORDERED** that this action will be placed in first place on the Court's November 10, 2025, trial-ready calendar. The jury trial will begin on **November 10, 2025, at 9:45 A.M.** or the Court's first available date thereafter. It is further

**ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after November 10, 2025. It is further

**ORDERED** that in accordance with and as further provided in the Court's Individual Rules:

(1) Any motions *in limine* shall be filed by **September 19, 2025**. Responses to the motions shall be filed by **September 26, 2025**. No reply shall be filed. The parties shall follow the Court's Individual Rules regarding such motions

(2) Joint requests to charge, *voir dire*, verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **October 10, 2025**.

(3) The final pretrial order shall be filed **October 17, 2025.**

(4) The parties shall appear for a final pretrial conference at a date to be scheduled closer to trial. It is further

**ORDERED** that the case management conference currently scheduled for July 22, 2025, is canceled. It is further

**ORDERED** that, by **July 25, 2025**, the parties shall file a joint letter on the outcome of the mediation. Plaintiffs shall also state whether they intend to move for default judgment as to Defendant Morfogen.

* * * *

The parties are encouraged to:

(1) Contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on this list.

(2) Confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a trial date certain or if they wish a different trial date. If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

The final pretrial conference will be scheduled closer to the trial date.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 27.

Dated: July 22, 2025
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____           _____
                                       *District Judge's signature*

                                       _____
                                       *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.