UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSE EZDRAIN ALCOCER ZARAGOZA, et             :
al.,                                                         :
                                    Plaintiffs,   :        24 Civ. 8644 (LGS)
                                                             :
                  -against-                          :               ORDER
                                                             :
PAPPAS OG LLC, et al.,                               :
                                    Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated July 22, 2025, directed the parties to file a joint letter

regarding the outcome of their mediation and whether Plaintiffs intend to move for default

judgment as to Defendant Morfogen by July 25, 2025

WHEREAS, the parties failed to file their status letter.  It is hereby

**ORDERED** that, by **August 1, 2025**, the parties shall file the status letter.

Dated: July 29, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE