UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
JOSE EZDRAIN ALCOCER ZARAGOZA, :
                          Plaintiff, :
:    24 Civ. 8644 (LGS)
          -against- :
:    ORDER
PAPPAS OG LLC, et al., :
                         Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference was held in this action on August 26, 2025. As discussed at the conference, it is hereby

      **ORDERED** that, by **September 3, 2025**, the parties shall file a joint letter on the status of settlement. It is further

      **ORDERED** that, by **September 5, 2025**, Plaintiff shall have obtained a certificate of default as to Defendant Stratis Morfogen and shall file an Order to Show Cause for default judgment and related papers as provided in the Local Rules.

Dated: August 26, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE