

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

September 5, 2025

**Via ECF:**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **_Zaragoza et al v. Pappas OG LLC et al._**
     **_Civil Docket No.: 1:24-cv-08644-LGS_**

Dear Judge Schofield:

> Application **GRANTED** in part.  Plaintiff's deadline to file an Order to Show Cause for default judgment and related papers is extended to **September 19, 2025**.  No further extensions will be granted absent extraordinary circumstances.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 41.
>
> Dated: September 8, 2025
>        New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

We represent the Plaintiff in the above-referenced matter, and we submit this letter motion, to respectfully request thirty (30) days to file the Plaintiff's Motion for Default Judgment papers against Defendant Stratis Morfogen.

Upon Plaintiff's request, the Clerk of Court entered the Default of defendant Stratis Morfogen on September 4, 2025. A copy of the Certificate of Default was served to the Defendant and proof of service was filed on the same day. *See* Dkt Nos. 35-36, 38-39

Our office is still in the process of having the Plaintiff review and sign his respective Affidavit in support of his claims which we are unable to complete at this time due to scheduling issues. We are also still in the process of obtaining the "non-military affidavit" for the individual defendant pursuant to the Servicemembers Civil Relief Act, 50a U.S.C. § 521. As such, we respectfully request thirty (30) days or by October 5, 2025 to file Plaintiff's Motion for Default Judgment papers against Defendant Stratis Morfogen.

We thank The Court for its kind consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

_____
Roman Avshalumov, Esq.