UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                    :

JOSE EZDRAIN ALCOCER ZARAGOZA, et :
al.,                                      :           24 Civ. 8644 (LGS)
                     Plaintiffs,  :
                                      :             ORDER

          -against-              :
                                      :

PAPPAS OG LLC, et al.,              :
                      Defendants. :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 10, 2025, the parties informed that they have reached a

settlement agreement in principle.  It is hereby

       **ORDERED** that, by September 24, 2025, the parties shall submit: (i) the settlement

agreement to the Court; and (ii) a joint letter with supporting evidence addressing the findings

this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v.*

*Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*,

900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to

determine whether a proposed settlement is fair and reasonable).  It is further

       **ORDERED** that all conferences and trial are CANCELED.  It is further

       **ORDERED** that, by September 19, 2025, Plaintiff shall file a motion for default

judgment and related papers against Defendant Morfogen, or a notice of dismissal with respect to

Defendant Morfogen that states whether the dismissal is pursuant to a settlement.  *See Samake v.*

*Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022).

Dated:  September 11, 2025
    New York, New York

                                   LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE