

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

September 22, 2025

To (via ECF):
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**. The deadline to file settlement approval papers is extended to **October 1, 2025**.

Dated: September 23, 2025
New York, New York

Re: *Zaragoza et al v. Pappas OG LLC et al.*
*Civil Docket No.: 1:24-cv-08644-LGS*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

    Our office represents the Plaintiff in the above referenced matter, and we submit this letter motion, jointly with counsel for Defendant Pappas OG LLC, to respectfully request the Court for an extension of the deadline to file the parties' settlement submissions, which are currently due on September 24, 2025.

    The parties have finalized the settlement documents and are in the process of obtaining client signatures. As such, we respectfully request a brief one (1) week extension to file the parties' joint letter and Settlement Agreement. If this request is granted, the parties can file on or before October 1, 2025. This is the first request for an extension of this deadline, and this will not affect any other deadlines.

    We thank the Court for its kind consideration on this matter and we remain available to provide any additional information.

Respectfully submitted,

James O'Donnell
James O'Donnell, Esq.

CC (via ECF):
*Counsel for Defendants*