UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                         :

JOSE EZDRAIN ALCOCER ZARAGOZA,   :

                              :          24 Civ. 8644 (LGS)

                  Plaintiff,   :

                              :             ORDER

              -against-      :

                              :

PASSAS OG LLC, and STRATIS MORFOGEN,  :
as an individual,

                              :

                 Defendants.  :
-------------------------------------------------------------:
                              X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 29, 2025, the parties filed a joint letter requesting approval of

a settlement in this action, including a request for attorneys' fees.

      WHEREAS, the parties' letter states that Plaintiff's counsel's billing records are attached

thereto as Exhibit 2, but the document includes no such attachment.  It is hereby

      **ORDERED** that by **October 3, 2025**, Plaintiff's counsel shall file the attachment.

Dated:  September 30, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE