UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE EZDRAIN ALCOCER ZARAGOZA,              :
                                            :    24 Civ. 8644 (LGS)
                           Plaintiff,       :
                                            :           ORDER
            -against-                       :
                                            :
PAPPAS OG LLC, and STRATIS MORFOGEN,        :
as an individual,                           :
                                            :
                           Defendants.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Pappas OG LLC's counsel Jeanne Barenholtz filed a motion to withdraw on July 30, 2025. Defendant was directed to file proof of service of the motion on the client and all other parties in compliance with Local Civil Rule 1.4 by August 7, 2025, but failed to do so. It is hereby

**ORDERED** that Defendant's counsel shall file the required proof of service as soon as possible and no later than **October 27, 2025.**

The Clerk of Court is respectfully directed to terminate Attorney Barenholtz as counsel for Defendant Pappas OG LLC.

Dated: October 22, 2025
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE