UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSE EZDRAIN ALCOCER ZARAGOZA,                  :
                                                :      24 Civ. 8644 (LGS)
                            Plaintiff,          :
                                                :             ORDER
            -against-                           :
                                                :
PAPPAS OG LLC et al.,                           :
                                                :
                            Defendants.         :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 1, 2025, Plaintiff Zaragoza and Defendant Pappas OG LLC submitted a settlement agreement for court approval in this action arising under the Fair Labor Standards Act. Zaragoza and Pappas OG LLC submitted a revised settlement agreement on October 31, 2025.

    WHEREAS, although the parties revised the settlement agreement to amend the release in Section 8 in accordance with the Order dated October 3, 2025, the fourth recital to the agreement states that "Plaintiff and Defendant are entering into this Agreement because they wish to compromise and amicably resolve their differences, terminate any and all controversies between them, whether known or unknown, and settle all claims, demands, suits, actions, causes of action, obligations, agreements, damages, liabilities, matters and issues between them, *including but not limited to, those asserted, maintained or alleged, or that could have been asserted, maintained or alleged, in the Action and/or in connection with Plaintiff's alleged employment and/or association with the Defendant*" (emphasis added). Section One of the Agreement further provides that "[t]he above-referenced recitals are specifically incorporated into the body of this Agreement and shall be binding upon the Parties." For the reasons stated in the Order dated October 3, 2025, this recital is an overbroad release not tailored to the wage and

hour issues in the immediate action.  This recital further conflicts with the more specific release in section eight of the agreement.

WHEREAS, section six of the settlement agreement states that "[e]ach Party hereby acknowledges that this Agreement is entered into for the sole purpose of resolving *any and all claims alleged or that could have been alleged in the Complaint including, but not limited to,* claims for wages, liquidated damages, statutory penalties and attorneys' fees, and it is being entered into to save the Parties the time, trouble, expense and inconvenience of litigation over those issues" (emphasis added).  This provision also contains an overbroad release in conflict with the more specific release in section eight.  It is hereby

**ORDERED** that approval of the settlement agreement is **DENIED** at this time.  By **November 17, 2025**, the parties shall file a letter informing the court whether they choose to amend the settlement agreement or proceed with the litigation, and if the former, shall file an amended agreement addressing the deficiency above.  A separate order relating to attorneys' fees and costs will issue after the approval of any amendment or agreement

Dated: November 3, 2025
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE