UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :
JOSE EZDRAIN ALCOCER ZARAGOZA,                     :
                                                   :          24 Civ. 8644 (LGS)
                                Plaintiff,          :
                                                   :          ORDER
                -against-                           :
                                                   :
PAPPAS OG LLC et al.,                              :
                                                   :
                                Defendants.         :
-------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 1, 2025, Plaintiff Zaragoza and Defendant Pappas OG LLC submitted a settlement agreement for court approval in this action arising under the Fair Labor Standards Act.  Zaragoza and Pappas OG LLC submitted revised settlement agreements on October 31, 2025, November 25, 2025, and December 17, 2025, in response to Orders identifying provisions of the agreements precluding approval.  It is hereby

**ORDERED** that the Settlement Agreement at Dkt. 78-1, filed on December 17, 2025, is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorneys' fees is fair and reasonable).  It is further

**ORDERED** that Plaintiff's counsel's requests for $2,264.00 in fees, which constitutes one-third of the settlement less counsel's expenses, and $708.00 in identifiable costs relating to filing and service, are **GRANTED**.  The fee award is one-third of the settlement, which is in line with other fee awards for FLSA cases in this District, and substantially less than the lodestar calculation.  *See Vasquez v. Pupuseria Salvadorena, Inc.*, No. 23 Civ. 9473, 2025 WL 3085584, at *2 (S.D.N.Y. Nov. 5, 2025); *Castillo v. AVI Food Sys., Inc.*, No. 24 Civ. 6591, 2025 WL

2945435, at *7-8 (S.D.N.Y. Oct. 16, 2025).  The remainder of the settlement shall be distributed

to Plaintiff.  It is further

ORDERED that Defendant Pappas OG LLC is DISMISSED with prejudice and with no

award of attorneys' fees or costs, beyond the amounts provided for in the parties' settlement.

Dated:  December 17, 2025
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2